# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **GOPAL K. SATTINENI,** | |
| Plaintiff, | Case No. 2:10-CV-01046 |
| v. | JUDGE ALGENON L. MARBLEY |
| **JANET NAPOLITANO, Secretary,** **Department of Homeland Security, et al.,** | |
| | Magistrate Judge Mark Abel |
| Defendants. | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 7, 2012 Order, the Court GRANTED the Motion to Dismiss for Lack of Jurisdiction. This case is DISMISSED with prejudice.

Date: **February 7, 2012**            **James Bonini, Clerk**

                                                                  s/Betty L. Clark
                                                            Betty L. Clark/Deputy Clerk